No. 579. UNITED STATES *v.*, DURHAM. LUMBER Co. ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *George F. Lynch* for the United States. *C. V. Jones* for Carter, respondent.

No. 562. LEWIS ET AL. *v.* BENEDICT COAL CORP. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted; and

No. 563. UNITED MINE WORKERS OF AMERICA ET AL. *v.* BENEDICT COAL CORP. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. granted limited to question 1 presented by the petition for the writ which reads as follows:

"1. Where (1) the settlement of disputes section of collective bargaining agreements antedating 1950 provided that Mine Workers shall not engage in a work stoppage pending settlement of disputes under grievance machinery procedures and such agreements contained other 'no strike' clauses, and (2) under the Labor Management Relations Act, 1947,[4a] the right to strike became a bargainable subject, and (3) in 1950 UMW and coal operators signatories to the National Bituminous Coal Wage Agreement of 1950, deleted such clauses therefrom and expressly covenanted that the 'no strike' clauses in prior agreements were rescinded and made null and void, and (4) signatories to such 1950 Agreement covenanted that stoppages, as well as disputes, shall be settled exclusively under grievance machinery procedures set forth in such contract, is a stoppage of work pending settlement of a dispute cognizable under the grievance machinery

---

[4a] The Labor Management Relations Act, 1947, is herein called the "Act."